UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 JAN 12 AM 8:18
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY

| | |
|---|---|
| THE STATE OF TEXAS,<br>*ex rel.*<br>ALLISON ZAYAS and<br>TRACY MIKSELL-BRANCH,<br><br>      Plaintiffs,<br><br>v.<br><br>ASTRAZENECA, L.P., and<br>ASTRAZENECA PHARMACEUTICALS,<br>L.P.,<br><br>      Defendants. | Case No. 1:14-cv-01111-LY |

## ORDER GRANTING PARTIES' <br> AGREED MOTION TO EXTEND BRIEFING PAGE LIMITS

Having duly considered the Parties' Agreed Motion to Extend Briefing Page Limits, the Court finds that there is cause to extend the briefing page limits with respect to Plaintiffs' motion to remand.

IT IS HEREBY ORDERED, pursuant to Local Rules 7(d)(3) and (e)(3), that: (1) the page limit on Plaintiffs' motion to remand is expanded to a maximum of fifteen (15) pages; and (2) the page limit for Defendants' response in opposition to such a motion is expanded to a maximum of fifteen (15) pages.

SIGNED this _____ day of January, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE